UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------------------ x

AMAZON SERVICES LLC,

                Petitioner,

       - against -

TECHFRYS CORPORATION d/b/a CALL OF DEALS,

                Respondent.

------------------------------------------------------------------------ x

No. 18-cv-2509

**DECLARATION OF JORDAN CLARK IN SUPPORT OF AMAZON SERVICES LLC'S RESPONSE TO ORDER TO SHOW CAUSE**

Jordan Clark declares as follows:

1.     I am an attorney at Davis Wright Tremaine LLP and counsel for Petitioner Amazon Services LLC. I am over the age of 18, competent to make this declaration, and do so on the basis of personal knowledge.

2.     Attached as Exhibit A is a true and correct copy of the arbitration demand ("Demand") that Techfrys Corporation d/b/a/ Call of Deals ("COD") filed with the American Arbitration Association ("AAA") on April 28, 2017.

3.     Attached as Exhibit B is a true and correct copy of the Final Award of Arbitrator ("Award") signed by Arbitrator Billie Colombaro on November 28, 2017.

4.     Attached as Exhibit C is a true and correct copy of the Amazon Services Business Solutions Agreement.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

SIGNED this 13th day of April, 2018.

                                                */s/ Jordan Clark*
                                                 Jordan Clark