**AMERICAN ARBITRATION ASSOCIATION**
**Commercial Arbitration Tribunal**

In the Matter of the Arbitration between

Case Number: 01-17-0002-4965

Call of Deals (Claimant)
-vs-
Amazon Services, LLC (Respondent)

### FINAL AWARD OF ARBITRATOR

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entitled, "AMAZON SERVICES BUSINESS SOLUTIONS AGREEMENT, entered into between the above-named parties and having been duly sworn, and having duly heard the proofs and allegations of the Parties, Claimant represented by C.J. ROSENBAUM, and Respondent represented by JOHN GOLDMARK, hereby AWARD as follows:

Under the parties' contract and the prevailing Washington state law provided to this Arbitrator, Claimant has failed to satisfy its burden of proof that it is entitled to reinstatement of its selling privileges with Respondent or that it is entitled to damages; thus, its claims are denied with prejudice.

The administrative fees of the American Arbitration Association, totaling $1,550.00 and the compensation of the arbitrator, totaling $1200.00, shall be borne by Claimant. Therefore, Call of Deals shall reimburse the sum of $600.00, representing that portion of said fees in excess of the apportioned costs previously incurred by Amazon Services.

This Final Award is in full settlement of all claims and counterclaims submitted to this Arbitration. All claims not expressly granted herein are hereby denied.

11/22/17
Date

Hon. Billie Colombaro (RET.), Arbitrator

I, Hon. Billie Colombaro, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Final Award.

11/28/17
Date

Hon. Billie Colombaro (RET.), Arbitrator