

21st Floor
1251 Avenue of the Americas
New York, New York 10020

**Geoffrey Brounell**
(212) 603-6404 tel
(212) 379-5243 fax

GeoffreyBrounell@dwt.com

May 19, 2019

<u>**VIA ECF AND HAND DELIVERY**</u>

Magistrate Judge Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007
Tel: (212) 805-0228

Re:   *Amazon Services, LLC v. Techfrys Corporation*, Case No. 18 Civ. 2509 (LAK) (BCM)

Dear Judge Moses:

      We are counsel to Plaintiff Amazon Services, LLC ("Amazon") in the above-captioned action and write to respectfully request an update on the status of Amazon's Petition to Confirm, filed on April 9, 2018, Dkt. No. 12.

      Respectfully submitted,

      DAVIS WRIGHT TREMAINE LLP

      By: */s/ Geoffrey S. Brounell*

      1251 Avenue of the Americas, 21st Floor
      New York, New York 10020
      Tel:  (212) 489-8230
      geoffreybrounell@dwt.com

      *Attorneys for Plaintiff Amazon Services, LLC*

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.