UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
AMAZON SERVICES LLC,

                Plaintiff,

      -against-                                  18-cv-2509 (LAK)

TECHFRYS CORPORATON d/b/a CALL OF DEALS,

                Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Arbitration Award in question is confirmed and the Clerk shall enter judgment in favor of plaintiff and against defendant in the sum of $600, together with post-judgment interest as provided for by 28 U.S.C. § 1961 from the date of entry of judgment until it is paid substantially for the reasons set forth in the report and recommendation of Magistrate Judge Barbara Moses to which no objection has been filed. The Clerk shall close the case.

        SO ORDERED.

Dated:        September 3, 2019

                                                  Lewis A. Kaplan
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-19